UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD A GRIM, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. SA-22-CV-01325-XR |
| | § | |
| FREEDOM MORTGAGE CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |

### AGREED ORDER GRANTING
### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Came on to be considered this Joint Stipulation of Dismissal without Prejudice filed by Plaintiff Donald A. Grim ("Plaintiff") and Defendant Freedom Mortgage Corporation ("Defendant"). ECF No. 6. Having considered the Motion and the agreement between the Parties, the Court determines that the Motion should be granted.

**It is therefore ORDERED** that the Motion is granted in its entirety and all claims that have or could have been brought by Plaintiff in this case are dismissed without prejudice.

**It is further ORDERED** that the Parties are to bear their respective costs and attorneys' fees and that this shall be the final order that disposes of all claims and all parties in this case.

It is so **ORDERED**.

**SIGNED** January 23, 2023.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE